UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:02cr506 CDP |
| | ) | |
| WILLIE DORSEY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

To the extent the "Opposition and Objection to Memorandum and Order of December 12, 2008" can be construed as a motion to reconsider my earlier order, it will be denied, as it does not provide any legal reason for me to change the earlier order. Accordingly,

**IT IS HEREBY ORDERED** that defendant's "Opposition and Objection" [#52], to the extent it seeks relief, is DENIED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2009.